UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:11-cv-376-GCM

| | |
|---|---|
| JAMES POSTELL<br>SSN# XXX-XX-2861,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration<br><br>　　　　　Defendant. | **ORDER GRANTING**<br>**STIPULATION OF**<br>**VOLUNTARY DISMISSAL** |

On Motion of the Parties, through counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the undersigned hereby **GRANTS** the Parties' stipulation to the dismissal of this action with prejudice and without costs.

**SO ORDERED**

Signed: October 24, 2011

_____
Graham C. Mullen
United States District Judge