UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:11-cv-376-GCM

| | | |
|---|---|---|
| JAMES POSTELL | ) | |
| SSN# XXX-XX-2861, | ) | |
| | ) | **ORDER GRANTING** |
| Plaintiff, | ) | **STIPULATION OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

On Motion of the Parties, through counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the undersigned hereby **GRANTS** the Parties' stipulation to the dismissal of this action with prejudice and without costs.

**SO ORDERED**

Signed: October 24, 2011

Graham C. Mullen
United States District Judge